116 A.3d 1067

IN THE MATTER OF ERIC A. FELDHAKE, AN ATTORNEY
AT LAW (ATTORNEY NO. 018391998).

June 4, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–14–177, concluding that **ERIC A. FELDHAKE** of **HADDONFIELD,** who was admitted to the bar of this State in 1999, should be censured for violating *RPC* 1.4(d) (failure to advise client that assistance client seeks is prohibited by *Rules of Professional Conduct* ), *RPC* 4.4(a) (conduct that has no substantial purpose other than to embarrass, delay, or burden third person or use of methods to obtain evidence that violates legal rights of such person), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ERIC A. FELDHAKE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.